747 A.2d 858

### The BIRTH CENTER

v.

### The ST. PAUL COMPANIES, INC., Sharon Dawson–Coates and Al Afonso.

### Petition of St. Paul Companies, Inc.

Supreme Court of Pennsylvania.

March 1, 2000.

Thomas P. Wagner, Joshua Bachrach, Carl D. Buchholz, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 1st day of March, 2000, we **GRANT** the Petitions for Allowance of Appeal and we **LIMIT** the appeals to the following issues:

a. Whether the insurer's payment of the excess verdict precludes insured from maintaining a bad faith action;

b. Whether the trial court properly charged the jury on a breach of contract theory based on the insurer's bad faith conduct; and,

c. Whether compensatory damages are recoverable in a bad faith action.